McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
Assistant Regional Counsel
    Social Security Administration, Region IX
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Tel: (415) 977-8930
    Fax: (415) 744-0134
    E-mail: donna.w.anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JAYLEON J. SILAS-FOREMAN,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:18-cv-01573-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE BRIEFING SCHEDULE |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment and Remand be extended until May 20, 2019. This is Defendant's first request for an extension of time. Defense counsel requires additional time to consider the certified administrative record, Plaintiff's motion, and the government's position. Defense counsel also needs additional time to allow for medical

leave. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: March 13, 2019          By: */s/ Robert C. Weems\**
                                                ROBERT C. WEEMS
                                                Attorney for Plaintiff
                                                (\*By e-mail authorization on 03/13/19)

Dated: March 13, 2019          McGREGOR W. SCOTT
                                                United States Attorney
                                                DEBORAH LEE STACHEL
                                                Regional Chief Counsel, Region IX
                                                Social Security Administration

                                                */s/ Donna W. Anderson*
                                                DONNA W. ANDERSON
                                                Special Assistant United States Attorney
                                                Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

Dated: March 13, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE