McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
Assistant Regional Counsel
    Social Security Administration, Region IX
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Tel: (415) 977-8930
    Fax: (415) 744-0134
    E-mail: donna.w.anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JAYLEON J. SILAS-FOREMAN,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18-cv-01573-AC<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING THE BRIEFING SCHEDULE |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment and Remand be extended until June 19, 2019. This is Defendant's second request for an extension of time. Defense counsel requires additional time to consider the certified administrative record, Plaintiff's motion, and

the government's position.  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date:  May 20, 2019      By: /s/ Robert C. Weems*
ROBERT C. WEEMS
Attorney for Plaintiff
(*By e-mail authorization on 05/20/19)

Dated: May 20, 2019      McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

  /s/ Donna W. Anderson
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: May 21, 2019      _____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE