UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JAYLEON J. SILAS-FOREMAN, | Case No. 2:18-cv-01573-AC |
| Plaintiff, | [PROPOSED] ORDER OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS HEREBY ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings consistent with the terms of the Stipulation to Remand.

Dated: June 19, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1